UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS

TIMOTHY M. STRAIN

CRIMINAL ACTION

NO. 10-37-BAJ-SCR

## RULING

The Court, having carefully considered Defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (doc. 127), the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated January 11, 2013 (doc. 129), to which no objection has been timely filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein.

Accordingly, **IT IS ORDERED** that Defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (doc. 127) is hereby DENIED.

**IT IS FURTHER ORDERED** that the Motion to Expedite Judicial Relief filed by the Defendant (doc. 132) is DENIED AS MOOT.

**IT IS FURTHER ORDERED** that Defendant's Motion to Enter Material

Evidence into the Court Record in Support of Petitioner's Habeas Corpus Motion 2255 (doc. 134) is DENIED.

Baton Rouge, Louisiana, <u>October 24, 2013</u>.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA